■ ANTHONY BENTIVEGNA, Respondent, v. ROGER A. BOSCHA et al., Appellants.— Motion by appellants for a stay, pending appeal, granted. Motion by appellants to dispense with printing granted. The appeal will be heard on the original papers and on appellants' and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellants and respondent are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ ANTHONY TUFFARELLA, Plaintiff, v. ERIE RAILROAD COMPANY, Defendant and Third-Party Plaintiff-Appellant. STAR CORRUGATED BOX COMPANY, Third-Party Defendant-Respondent.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calandar for said term. The record and appellant's brief must be served and filed on or before October 4, 1962. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of the Estate of ERNST NUERGE, SR., Deceased. THERESIA N. N. JEBENS, Respondent; ERNST NUERGE, JR. et al., Appellants.— Motion by appellants to enlarge time to perfect their appeal, granted; time enlarged to the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. Motion by appellants for a stay, pending appeal, denied. The record and appellants' brief must be served and filed on or before October 4, 1962. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

## (September 12, 1962)

■ In the Matter of the Estate of DAGMAR VAN HEUSSEN, Deceased. DAGMAR BOE, Appellant; LEROY J. LIPMAN et al., Respondents.— Motion by appellant to discontinue her appeal from an order of Surrogate's Court, Kings County, dated March 9, 1962. Motion granted; appeal discontinued, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

## (September 14, 1962)

■ JAMES O'DEA, Respondent, v. MISSION OF THE IMMACULATE VIRGIN, Appellant, et al., Defendant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before October 3, 1962. Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the November Term. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

## (September 17, 1962)

■ NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, v. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, et al., Appellants, et al., Defendant.— Motion by appellants for permission to appeal to the Court of Appeals, granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4), we